AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

OLIVER MEDLOCK, JR.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.                                              Case No. 07-2013-JPO

OTSUKA AMERICA PHARMACEUTICAL, INC.,

Defendant.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, with prejudice, and that the defendants recover of the plaintiff its costs of action.

   January 29, 2008                    INGRID A. CAMPBELL_____
*Date*                                 *Acting Clerk of Court*

                                         s/ Kathleen L. Grant_____
                                         *(By) Deputy Clerk*